# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

## OFFENSE CHARGED

Counts One, Two: 18 USC 1343 (Wire Fraud)
Counts Three, Four: 18 U.S.C. 1957 (Money Laundering)
Count Five: 26 U.S.C. 7206(1) - (Filing False Tax Return)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Counts One and Two: Twenty Years Imprisonment, $250,000 fine, 3 years supervised release; Counts Three and Four: Ten year Imprisonment; $250,000 fine or twice the amount of the criminally derived proceeds, 3 years supervised release: Count Five: Three years imprisonment, $100,000 fine, 1 year supervised release

### DEFENDANT - U.S
Shelbee Szeto

DISTRICT COURT NUMBER: 4:22-cr-00059-HSG

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)
IRS

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form: Stephanie M. Hinds

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Molly K. Priedeman

### DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release

**FILED**
Feb 11 2022
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction   ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

STEPHANIE M. HINDS (CABN 154284)
United States Attorney

FILED

Feb 11 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SHELBEE SZETO, <br><br> Defendant. | CASE NO. **4:22-cr-00059-HSG** <br><br> VIOLATIONS: <br> 18 U.S.C. § 1343 – Wire Fraud; <br> 18 U.S.C. § 1957 – Money Laundering; <br> 26 U.S.C. § 7206(1) – Filing False Tax Return <br> 18 U.S.C. § 981(a)(1)(C) & 28 U.S.C. § 2461(c) – Criminal Forfeiture <br><br> OAKLAND VENUE |

I N F O R M A T I O N

The United States Attorney charges:

Introductory Allegations

1.     The defendant Shelbee Szeto ("SZETO") was an individual who resided in the Northern District of California, including in Alameda County.

2.     HP Inc. ("HP") is a multinational information technology company headquartered in Palo Alto, California.

3.     HP issued commercial credit cards called Procurement Cards ("PCards") to HP employees. Pursuant to HP Policy, PCards were not permitted to be used for personal expenses. All PCard charges were required to be reconciled in an HP online system. To reconcile a purchase, HP

1 employees were required to approve the purchase using the HP online system, enter a charge description and business justification, and attach a copy of the invoice associated with the payment.

4. PayPal, Square, and Stripe were each technology companies that permit users to engage in online payment processing.

5. First Republic Bank was a federally-insured financial institution at which SZETO maintained a bank account.

### The Scheme and Artifice to Defraud

6. From approximately August 7, 2017 to June 25, 2021, SZETO was employed by HP. SZETO was initially hired as an executive assistant, and was later promoted to a finance planning manager position. In these roles, SZETO was responsible for making payments to vendors who produced marketing materials for HP products.

7. In her position at HP, SZETO was issued multiple American Express HP PCards. On approximately August 7, 2017, SZETO signed an agreement to fully comply with HP's PCard policies and procedures, which explicitly prohibited the use of the PCards for personal expenses.

8. SZETO participated in, devised, and intended to devise a fraudulent scheme whereby she defrauded HP using the following manner and means, among others: (1) unlawfully sending payments from HP PCards to merchant accounts under her control that would ultimately be used to purchase goods for her personal benefit; (2) falsely representing to HP that the payments were made to legitimate vendors; (3) falsely representing to Square that the payments sent from the HP PCards were sent from third parties for legitimate business transactions; (4) falsely representing to First Republic Bank that the money she stole from HP was for legitimate business transactions.

9. Between approximately April 24, 2018 and April 23, 2021, SZETO knowingly charged approximately $4.8 million dollars in payments from her HP PCards to PayPal, Square, and Stripe merchant accounts under her control and for her personal benefit. For example, on October 23, 2020, SZETO used an HP PCard to transmit a $40,000 payment to a Square account under her control. And on February 9, 2021, SZETO used an HP PCard to transmit a $50,000 payment to a Square account under her control. Both payment requests were routed electronically from a server in Fremont, California, to an American Express server in North Carolina, where they were processed and, ultimately,

INFORMATION                                    2

paid.  SZETO attempted to charge another approximately $330,000 from an HP PCard to a Square account under her control.  Square declined to process that transaction.

10. SZETO knew that she was prohibited from making transfers from her HP PCards to merchant accounts under her control.  To disguise the fact that SZETO was making payments to merchant accounts under her control and in furtherance of her scheme to defraud, SZETO falsely represented to HP that the payments were made to legitimate vendors by submitting false invoices to HP to justify the payments.  SZETO created the false invoices that fraudulently represented that the payments to her accounts in her control were actually made to legitimate vendors.

11. SZETO made further false representations to Square in furtherance of her scheme.  On or about March 12, 2021, when Square asked SZETO for business documentation to support some of the charges made from a PCard, SZETO provided a credit card authorization form that falsely represented that one of the HP PCards belonged to a third party, who she falsely represented was her "customer." SZETO also falsely told the Square investigators that some of the funds she received were for marketing work related to real estate transactions and provided fraudulent statements of work in an attempt to justify the charges to the Square merchant account.

12. When a First Republic Bank employee questioned the source of the fraudulent funds that SZETO stole from HP, SZETO falsely represented to the employee that the deposits were legitimate business income from her work as a consultant and that she had received approximately $3.6 million in legitimate business income between approximately May 2020 and April 2021.

## Laundering of the Proceeds of the Wire Fraud

13. SZETO linked her Stripe and Square merchant accounts to her First Republic Bank account -7361 and between May 2019 and March 2021, SZETO caused over $4 million dollars to be transferred from her Stripe and Square merchant accounts to her First Republic Bank Account -7361.  SZETO used the funds for luxury purchases including jewelry, watches, and two vehicles.  For example, on October 1, 2019, SZETO transferred $71,110.55 from Square account ending -2277 into her First Republic account ending -7361, and on October 26, 2020, she transferred $112,904.55 from the same Square account into the same First Republic account.

### Filing of False Tax Returns

14. Though SZETO told First Republic that the money flowing into her account from Square and the other payment applications was income, she failed to report the income to the Internal Revenue Service ("IRS") when she filed her tax returns. For example, on April 11, 2021, SZETO filed her 2020 tax return, and in that return, she declared that her income was $96,301 in 2020, when in fact, it was higher because of the money she stole from HP.

15. On or about July 11, 2020, SZETO's 2019 Form 1040 was electronically authorized and was transmitted to the IRS on or about July 13, 2020. On or about April 10, 2021, SZETO's 2020 Form 1040 was electronically authorized and was transmitted to the IRS on or about April 11, 2021.

16. In in the 2019 Form 1040, SZETO failed to report approximately $561,013 in fraud proceeds as income and in 2020, SZETO failed to report at least $2,876,092.45 in fraud proceeds in income.

17. SZETO knew her 2019 and 2020 Form 1040s were not true and accurate as to every material matter because they underreported her income by hundreds of thousands of dollars in 2019 and millions of dollars in 2020.

COUNTS ONE AND TWO: (18 U.S.C. § 1343 – Wire Fraud)

18. The factual allegations in Paragraphs 1 through 17 are re-alleged and incorporated herein as if set forth in full.

19. Beginning no later than in or about April 2018 and continuing to a date unknown, but at least through April 2021, in the Northern District of California, and elsewhere, the defendant,

SHELBEE SZETO,

did knowingly and with the intent to defraud participate in, devise, and intend to devise the above-described scheme to defraud and obtain money from HP by means of false and fraudulent pretenses.

20. On or about the dates set forth in the separate counts below, in the Northern District of California, for the purpose of executing the aforementioned scheme and artifice to defraud HP, the defendant did knowingly transmit and cause to be transmitted the following writings, signs, signals, pictures, and sounds in interstate and foreign commerce by means of wire communications:

| COUNT | DATE | ITEMS WIRED |
|---|---|---|
| ONE | 10/23/2020 | $40,000 payment from PCard -3008 to Square account -2277 |
| TWO | 2/9/2021 | $50,000 payment from PCard -3008 to Square account -2277 |

Each in violation of Title 18, United States Code, Sections 1343.

COUNTS THREE AND FOUR:     (18 U.S.C. § 1957 – Money Laundering)

21.     The factual allegations in Paragraphs 1 through 17 are re-alleged and incorporated by reference.

22.     On or about the dates listed in the table below, such dates being approximate, in the Northern District of California, the defendant,

SHELBEE SZETO,

knowingly engaged in the following monetary transactions, in and affecting interstate and foreign commerce, which involved the proceeds of specified unlawful activity in excess of $10,000, specifically wire fraud, in violation of 18 U.S.C. § 1343, knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity as follows:

| COUNT | DATE | DESCRIPTION OF THE MONETARY TRANSACTION |
|---|---|---|
| THREE | 10/1/2019 | Transfer of $71,110.55 from Square -2277 into First Republic Account -7361 |
| FOUR | 10/26/20 | Transfer of $112,904.55 from Square -2277 into First Republic Account -7361 |

All in violation of Title 18, United States Code, Sections 1957.

COUNT FIVE:     (26 U.S.C. § 7206(1) – Filing of a False Tax Return)

23.     The factual allegations in Paragraphs 1 through 17 are re-alleged and incorporated by reference.

24.     On or about April 11, 2021, in the Northern District of California, the defendant,

SHELBEE SZETO,

willfully made and subscribed, and caused to be made and subscribed, a 2020 U.S. Individual Income Tax Return, Form 1040, which was verified by a written declaration and it was made under the penalties

INFORMATION                                             5

of perjury and which SZETO did not believe to be true and correct as to every material matter. On that income tax return and its attachments, which were filed with the Internal Revenue Service, SZETO reported that her total income was $96,301, whereas she then and there knew that her total income was greater than $96,301.

All in violation of Title 26, United States Code, Sections 7206(1).

FORFEITURE ALLEGATIONS:     (18 U.S.C. §§ 981(a)(1)(C), 982(a)(1) & 982(b)(1) & 28 U.S.C. § 2461(c))

25. The allegations contained in this Information are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 982(a), and 982(b)(1), and Title 28, United States Code, Section 2461(c).

26. Upon conviction for any of the offenses set forth in Counts One and Two of this Information, the defendant,

SHELBEE SZETO,

shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), all property, real or personal, constituting, or derived from proceeds the defendants obtained directly and indirectly, as the result of those violations, including but not limited to the following:

1. Approximately $25,403.06 from the First Republic Bank account 80009721020 held in the name Shelbee Szeto
2. 2020 Tesla sedan with California license plate ZWYU, VIN: 5YJ3E1EC4LF746836
3. 2021 Porsche sport utility vehicle with California license plate 33873HS, VIN: WP1AG2A5XMLB50111
4. 1 Louis Vuitton teddy bear
5. 1 Chanel black plastic purse
6. 1 Louis Vuitton black leather hand bag and attached wallet
7. 1 Dior small black saddle bag
8. 1 Dior pink mini lady bag
9. 1 Dior rose micro lady bag
10. 1 Dior blue micro lady bag

| | | |
|---|---|---|
| 11. | 1 Gucci beige Soho small leather disco bag |
| 12. | 1 Chanel black medium classic flap bag |
| 13. | 1 Chanel black medium Diana bag |
| 14. | 1 Chanel black Coco handle bag |
| 15. | 1 yellow/lime Hermes Kelly bag |
| 16. | 1 black Hermes Kelly bag |
| 17. | 1 pink Hermes Kelly bag |
| 18. | 1 baby blue Hermes Kelly bag |
| 19. | 1 teal Chanel classic medium bag |
| 20. | 1 blue Chanel classic medium bag |
| 21. | 1 light blue Chanel classic medium bag |
| 22. | 1 lime Chanel classic medium bag |
| 23. | 1 red Chanel classic medium bag |
| 24. | 1 lavender Chanel classic medium bag |
| 25. | 1 gray Chanel classic medium bag |
| 26. | 1 pink Chanel classic medium bag |
| 27. | 1 light pink Chanel classic medium bag |
| 28. | 1 white Chanel classic medium bag |
| 29. | 1 yellow/lime Chanel classic medium bag |
| 30. | 1 black Chanel classic medium bag |
| 31. | 1 silver Chanel classic small bag |
| 32. | 1 pink Chanel classic small bag |
| 33. | 1 gold Chanel classic small bag |
| 34. | 1 iridescent pink Chanel classic small bag |
| 35. | 1 black Chanel classic small bag |
| 36. | 1 pearl Chanel classic large bag |
| 37. | 1 tan Chanel classic large bag |
| 38. | 1 black Chanel classic large bag |
| 39. | 1 pink Chanel classic large bag |
| 40. | 1 beige Chanel classic large bag |
| 41. | 1 light green Chanel classic large bag |
| 42. | 1 teal Chanel classic large bag |
| 43. | 1 white small Hermes Birkin bag |
| 44. | 1 red small Hermes Birkin bag |
| 45. | 1 teal small Hermes Birkin bag |

INFORMATION                                           7

46. 1 pink small Hermes Birkin bag
47. 1 light blue large Hermes Birkin bag
48. 1 black large Hermes Birkin bag
49. 1 teal crocodile Hermes Birkin bag
50. 1 green Hermes Birkin bag
51. 1 pink Hermes Birkin bag
52. 1 beige Hermes Birkin bag
53. 1 pink Hermes Birkin bag
54. 1 black Hermes Birkin bag
55. 1 Louis Vuitton backpack-type purse
56. 1 Bulgari Serpenti Forever charm wallet
57. 5 Hermes bag charms
58. 1 pink pearl Chanel purse
59. 1 silver Chanel purse
60. 1 red-orange Chanel purse
61. 1 black Chanel purse
62. 1 rainbow Chanel purse
63. 1 white Chanel small purse
64. 1 purple Chanel purse
65. 1 black Chanel purse with black chain strap
66. 1 black leather and pearl Chanel purse with black leather and chain straps
67. 1 white pearl Chanel purse with black interior
68. 1 gray-black sequin Chanel purse
69. 2 black pearl Chanel purses
70. 1 Chanel tweed flap bag
71. 1 Louis Vuitton tote bag with wallet
72. 1 green crocodile Hermes Birkin bag with pink horse charm
73. 1 black leather Hermes Birkin bag
74. 1 silver Chanel clutch purse
75. 1 purple leather Chanel purse
76. 1 beige Chanel purse
77. 1 silver Chanel purse
78. 1 rainbow Chanel purse
79. 1 green crocodile mini Hermes Birkin bag

| | | |
|---|---|---|
| 80. | 1 brown leather mini Hermes Birkin bag |
| 81. | 1 black leather with smile mini Hermes Birkin bag |
| 82. | 2 Dior crocodile small purses - 1 pink, 1 white |
| 83. | 1 black and white Hermes snake purse |
| 84. | 4 assorted Louis Vuitton purses/handbags |
| 85. | 1 Prada black sequin purse |
| 86. | 1 Burberry purse |
| 87. | 1 Louis Vuitton beige fanny pack |
| 88. | 1 Louis Vuitton iridescent plastic purse |
| 89. | 2 coach handbags, 1 green, 1 beige |
| 90. | 5 assorted Louis Vuitton purses/handbags |
| 91. | 1 black and red Louis Vuitton backpack purse |
| 92. | 1 Chloe beige purse |
| 93. | 3 Yves Saint Laurent purses - 1 crocodile, 1 white, 1 black |
| 94. | 1 baby blue Bulgari Serpenti purse |
| 95. | 1 Louis Vuitton bum bag purse |
| 96. | 1 Rolex men's watch and box - serial number 6671M645 |
| 97. | 1 Rolex men's watch and box - serial number 135Y2830 |
| 98. | 1 Rolex men's watch and box - serial number 5P2U9359 |
| 99. | 1 Rolex men's watch and box - serial number 1U4132V9 |
| 100. | 1 Audemars Piguet men's watch and box - serial number XG7569R |
| 101. | 6 silver necklaces with pendants |
| 102. | 6 gold necklaces with pendants |
| 103. | 3 silver bracelets |
| 104. | 6 gold bracelets |
| 105. | 1 silver panther ring |
| 106. | 1 silver flower ring |
| 107. | 1 silver Cartier bracelet |
| 108. | 1 rose gold Cartier bracelet |
| 109. | 1 gold Cartier bracelet |
| 110. | 1 Christian Dior necklace |
| 111. | 1 rose gold necklace |
| 112. | 1 silver necklace |
| 113. | 1 diamond necklace |
| 114. | 2 gold necklaces |

115. 26 pairs of earrings
116. 2 silver lock pendant
117. 2 gold lock pendant
118. 2 single earrings
119. 8 gold rings
120. 12 silver rings
121. 1 pair of butterfly earrings
122. 1 Chanel stud earring
123. 1 gold necklace
124. 1 pearl necklace
125. 1 Patek Philippe watch - serial number 7265109
126. 1 Rolex watch - serial number 923J1547
127. 1 Patek Philippe watch - serial number A381ACP
128. 1 Rolex watch - serial number S4Y32171
129. 1 Rolex watch - serial number 6P4R9587
130. 1 Rolex watch - serial number H62020L4
131. 1 Audemars Piguet watch - serial number CJ4604G
132. 1 Bulgari watch - serial number SP35GL0201
133. 1 Audemars Piguet watch - serial number K35986
134. 1 Audemars Piguet watch - serial number HT8618J
135. 1 Louis Vuitton black cord bracelet
136. 2 Cartier silver bracelets
137. 1 pair of Bulgari gold and green stud earrings
138. 1 pair of silver stud earrings, no known brand
139. 1 Cartier rose gold and diamond ring
140. 1 pair of diamond stud earrings, with one cross, no known brand
141. 1 Cartier Panthere ring with emerald eyes
142. 1 Shreve & Co. silver chain necklace
143. 1 gold pendant cross necklace
144. 1 silver "paper clip" necklace
145. 1 Pandora charm bracelet
146. 1 strand of 8 Mikimoto pearls
147. 1 gold necklace with pendant
148. 1 Cartier cheetah pendant necklace
149. 1 Tiffany & Co. ball and lock necklace

|   |   |   |
|---|---|---|
| 150. | 1 Cartier cheetah pendant necklace with tassel |
| 151. | 1 Louis Vuitton pendant/pin necklace |
| 152. | 1 Cartier bolo necklace |
| 153. | 1 Chanel gold necklace |
| 154. | 1 Chanel silver necklace |
| 155. | 1 Bulgari diamond necklace |
| 156. | 1 gold necklace |
| 157. | 7 necklaces with clover-shaped design |
| 158. | 2 bracelets with clover-shaped design |
| 159. | 1 Louis Vuitton bracelet |
| 160. | 1 Chanel WG, diamonds camelia long transformable necklace |
| 161. | 1 Louis Vuitton YG, WG, RG, diamonds brooch |

If any of the property described above, as a result of any act or omission of the defendants:

a. cannot be located upon exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United State Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2641(c).

All pursuant to Title 18, United States Code, Sections 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED:  February 11, 2022__

STEPHANIE M. HINDS
United States Attorney

/s/ *Molly K. Priedeman*
MOLLY K. PRIEDEMAN
Assistant United States Attorney

INFORMATION                                                                 11