AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  22-cr-00059-HSG |
| Shelbee Szeto | ) | |
| *Defendant* | ) | |

**FILED**

Feb 22 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 02/18/2022

*Shellbee Szeto*
*Defendant's signature*

*Edward Robinson*
*Signature of defendant's attorney*

Edward M. Robinson
*Printed name of defendant's attorney*

Date: 02/22/2022

*Kandis Westmore*
*Judge's signature*

KANDIS A. WESTMORE, U.S. MAGISTRATE JUDGE
*Judge's printed name and title*