# ORDER/COVER SHEET

**TO:** Honorable Kandis A. Westmore  
U.S. Magistrate Judge

**RE:** Szeto, Shelbee

**FROM:** Silvio Lugo, Chief  
U.S. Pretrial Services Officer

**Docket No.:** 4:22-CR-00059-HSG

**Date:**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Edgar Juarez 510-277-5021

**U.S. Pretrial Services Officer** **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:  
Magistrate Judge _____ Presiding District Court Judge _____

☒ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

1. **Defendant must submit to drug and/or alcohol testing as directed by Pretrial Services.**
2. **Defendant must participate in substance abuse treatment, on an outpatient or residential basis, as directed by Pretrial Services.**
3. **Defendant must participate in mental health treatment as directed by Pretrial Services.**

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:  
_____  
_____

_Kandis Westmore_ March 1, 2022  
**JUDICIAL OFFICER** **DATE**