# UNITED STATES DISTRICT COURT
for the
Northern District of California

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 22-cr-00059 |
| Shelbee Szeto | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Shelbee Szeto .

Date: 03/15/2022

*Attorney's signature*

Rachael A Robinson (313991)
*Printed name and bar number*

21515 Hawthorne Blvd. Ste. 730
Torrance Ca. 90503

*Address*

raeroblaw@gmail.com
*E-mail address*

(310) 316-9333
*Telephone number*

*FAX number*