# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

| Date: March 23, 2022 | Time: 10:13-10:42 a.m. (29 Minutes) | Judge: HAYWOOD S. GILLIAM, JR. |
|---|---|---|
| Case No.: 4:22-cr-00059-HSG-1 | Case Name: USA v. Szeto | |

**Defendant:** Shelbee Szeto **(Present)**
**Attorney for Plaintiff:** Molly Priedeman
**Attorney for Defendant:** Rachel Robinson

**Deputy Clerk:** Nikki D. Riley         **Reported via Liberty**

## PROCEEDINGS: CHANGE OF PLEA-Held

**Notes:** Defendant is sworn; Plea Agreement is signed and filed in open court; Defendant admits to counts one through five of the information. Matter is continued to July 20, 2022 at 2:00 p.m. for sentencing.