UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 22-0059 HSG |
| Plaintiff, | **PRELIMINARY ORDER OF FORFEITURE** |
| v. | |
| SHELBEE SZETO, | |
| Defendant. | |

Having considered the application for a preliminary order of forfeiture filed by the United States, and the plea agreement entered on March 23, 2022, wherein the defendant, Shelbee Szeto, agreed to forfeiture, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c):

1. Approximately $25,403.06 from the First Republic Bank account 80009721020 held in the name Shelbee Szeto

2. 2020 Tesla sedan with California license plate ZWYU, VIN: 5YJ3E1EC4LF746836

3. 2021 Porsche sport utility vehicle with California license plate 33873HS, VIN: WP1AG2A5XMLB50111

| | | |
|---|---|---|
| 4. | 1 Louis Vuitton teddy bear | |
| 5. | 1 Chanel black plastic purse | |
| 6. | 1 Louis Vuitton black leather handbag and attached wallet | |
| 7. | 1 Dior small black saddle bag | |
| 8. | 1 Dior pink mini lady bag | |
| 9. | 1 Dior rose micro lady bag | |
| 10. | 1 Dior blue micro lady bag | |
| 11. | 1 Gucci beige Soho small leather disco bag | |
| 12. | 1 Chanel black medium classic flap bag | |
| 13. | 1 Chanel black medium Diana bag | |
| 14. | 1 Chanel black Coco handle bag | |
| 15. | 1 yellow/lime Hermes Kelly bag | |
| 16. | 1 black Hermes Kelly bag | |
| 17. | 1 pink Hermes Kelly bag | |
| 18. | 1 baby blue Hermes Kelly bag | |
| 19. | 1 teal Chanel classic medium bag | |
| 20. | 1 blue Chanel classic medium bag | |
| 21. | 1 light blue Chanel classic medium bag | |
| 22. | 1 lime Chanel classic medium bag | |
| 23. | 1 red Chanel classic medium bag | |
| 24. | 1 lavender Chanel classic medium bag | |
| 25. | 1 gray Chanel classic medium bag | |
| 26. | 1 pink Chanel classic medium bag | |
| 27. | 1 light pink Chanel classic medium bag | |
| 28. | 1 white Chanel classic medium bag | |
| 29. | 1 yellow/lime Chanel classic medium bag | |
| 30. | 1 black Chanel classic medium bag | |
| 31. | 1 silver Chanel classic small bag | |

| | | |
|---|---|---|
| 32. | 1 pink Chanel classic small bag |
| 33. | 1 gold Chanel classic small bag |
| 34. | 1 iridescent pink Chanel classic small bag |
| 35. | 1 black Chanel classic small bag |
| 36. | 1 pearl Chanel classic large bag |
| 37. | 1 tan Chanel classic large bag |
| 38. | 1 black Chanel classic large bag |
| 39. | 1 pink Chanel classic bag |
| 40. | 1 beige Chanel classic large bag |
| 41. | 1 light green Chanel classic large bag |
| 42. | 1 teal Chanel classic large bag |
| 43. | 1 white small Hermes Birkin bag |
| 44. | 1 red small Hermes Birkin bag |
| 45. | 1 teal small Hermes Birkin bag |
| 46. | 1 pink small Hermes Birkin bag |
| 47. | 1 light blue large Hermes Birkin bag |
| 48. | 1 black large Hermes Birkin bag |
| 49. | 1 teal crocodile Hermes Birkin bag |
| 50. | 1 green Hermes Birkin bag |
| 51. | 1 pink Hermes Birkin bag |
| 52. | 1 beige Hermes Birkin bag |
| 53. | 1 pink Hermes Birkin bag |
| 54. | 1 black Hermes Birkin bag |
| 55. | 1 Louis Vuitton backpack-type purse |
| 56. | 1 Bulgari Serpenti Forever charm wallet |
| 57. | 5 Hermes bag charms |
| 58. | 1 pink pearl Chanel purse |
| 59. | 1 silver Chanel purse |

| | | |
|---|---|---|
| 1 | 60. | 1 red-orange Chanel pursue |
| 2 | 61. | 1 black Chanel purse |
| 3 | 62. | 1 rainbow Chanel purse |
| 4 | 63. | 1 white Chanel small purse |
| 5 | 64. | 1 purple Chanel purse |
| 6 | 65. | 1 black Chanel purse with black chain strap |
| 7 | 66. | 1 black leather and pearl Chanel purse with black leather and chain straps |
| 8 | 67. | 1 white pearl Chanel purse with black interior |
| 9 | 68. | 1 gray-black sequin Chanel purse |
| 10 | 69. | 2 black pearl Chanel purses |
| 11 | 70. | 1 Chanel tweed flap bag |
| 12 | 71. | 1 Louis Vuitton tote bag with wallet |
| 13 | 72. | 1 green crocodile Hermes Birkin bag with pink horse charm |
| 14 | 73. | 1 black leather Hermes Birkin bag |
| 15 | 74. | 1 silver Chanel clutch purse |
| 16 | 75. | 1 purple leather Chanel purse |
| 17 | 76. | 1 beige Chanel purse |
| 18 | 77. | 1 silver Chanel purse |
| 19 | 78. | 1 rainbow Chanel purse |
| 20 | 79. | 1 green crocodile mini Hermes Birkin bag |
| 21 | 80. | 1 brown leather mini Hermes Birkin bag |
| 22 | 81. | 1 black leather with smile mini Hermes Birkin bag |
| 23 | 82. | 2 Dior crocodile small purses – 1 pink, 1 white |
| 24 | 83. | 1 black and white Hermes snake purse |
| 25 | 84. | 4 assorted Louis Vuitton purses/handbags |
| 26 | 85. | 1 Prada black sequin purse |
| 27 | 86. | 1 Burberry purse |
| 28 | 87. | 1 Louis Vuitton beige fanny pack |

| | | |
|---|---|---|
| 88. | 1 Louis Vuitton iridescent plastic purse |
| 89. | 2 coach handbags, 1 green, 1 beige |
| 90. | 5 assorted Louis Vuitton purses/handbags |
| 91. | 1 black and red Louis Vuitton backpack purse |
| 92. | 1 Chole beige purse |
| 93. | 3 Yves Saint Laurent purses – 1 crocodile, 1 white, 1 black |
| 94. | 1 baby blue Bulgari Serpenti purse |
| 95. | 1 Louis Vuitton bum bag purse |
| 96. | 1 Rolex men's watch and box – serial number 6671M645 |
| 97. | 1 Rolex men's watch and box – serial number 135Y2830 |
| 98. | 1 Rolex men's watch and box – serial number 5P2U9359 |
| 99. | 1 Rolex men's watch and box – serial number 1U4132V9 |
| 100. | 1 Audemar Piguet men's watch and box – serial number XG7569R |
| 101. | 6 silver necklaces with pendants |
| 102. | 6 gold necklaces with pendants |
| 103. | 3 silver bracelets |
| 104. | 6 gold bracelets |
| 105. | 1 silver panther ring |
| 106. | 1 silver flower ring |
| 107. | 1 silver Cartier bracelet |
| 108. | 1 rose gold Cartier bracelet |
| 109. | 1 gold Cartier bracelet |
| 110. | 1 Christian Dior necklace |
| 111. | 1 rose gold necklace |
| 112. | 1 silver necklace |
| 113. | 1 diamond necklace |
| 114. | 2 gold necklaces |
| 115. | 26 pairs of earrings |

| | | |
|---|---|---|
| 1 | 116. | 2 silver lock pendant |
| 2 | 117. | 2 gold lock pendant |
| 3 | 118. | 2 single earrings |
| 4 | 119. | 8 gold rings |
| 5 | 120. | 12 silver rings |
| 6 | 121. | 1 pair of butterfly earrings |
| 7 | 122. | 1 Chanel stud earring |
| 8 | 123. | 1 gold necklace |
| 9 | 124. | 1 pearl necklace |
| 10 | 125. | 1 Patek Philippe watch – serial number 7265109 |
| 11 | 126. | 1 Rolex watch – serial number 923J1547 |
| 12 | 127. | 1 Patek Phillipe watch – serial number A381ACP |
| 13 | 128. | 1 Rolex watch – serial number S4Y32171 |
| 14 | 129. | 1 Rolex watch – serial number 6P4R9587 |
| 15 | 130. | 1 Rolex watch – serial number H62020L4 |
| 16 | 131. | 1 Audemars Piguet watch – serial number CJ4604G |
| 17 | 132. | 1 Bulgari watch – serial number SP35GL0201 |
| 18 | 133. | 1 Audemars Piguet watch – serial number K35986 |
| 19 | 134. | 1 Audemars Piguet watch – serial number HT8618J |
| 20 | 135. | 1 Louis Vuitton black cord bracelet |
| 21 | 136. | 2 Cartier silver bracelets |
| 22 | 137. | 1 pair of Bulgari gold and green stud earrings |
| 23 | 138. | 1 pair of silver stud earrings, no known brand |
| 24 | 139. | 1 Cartier rose gold and diamond ring |
| 25 | 140. | 1 pair of diamond stud earrings, with one cross, no known brand |
| 26 | 141. | 1 Cartier Panthere ring with emerald eyes |
| 27 | 142. | 1 Shreve & Co. silver chain necklace |
| 28 | 143. | 1 gold pendant cross necklace |

|     |      |                                                            |
|-----|------|------------------------------------------------------------|
| 144. | 1 silver "paper clip" necklace |
| 145. | 1 Pandora charm bracelet |
| 146. | 1 strand of 8 Mikimoto pearls |
| 147. | 1 gold necklace with pendant |
| 148. | 1 Cartier cheetah pendant necklace |
| 149. | 1 Tiffany & co. ball and lock necklace |
| 150. | 1 Cartier cheetah pendant necklace with tassel |
| 151. | 1 Louis Vuitton pendant/pin necklace |
| 152. | 1 Cartier bolo necklace |
| 153. | 1 Chanel gold necklace |
| 154. | 1 Chanel silver necklace |
| 155. | 1 Bulgari diamond necklace |
| 156. | 1 gold necklace |
| 157. | 7 necklaces with clover-shaped design |
| 158. | 2 bracelets with clover-shaped design |
| 159. | 1 Louis Vuitton bracelet |
| 160. | 1 Chanel WG, diamonds camelia long transformable necklace |
| 161. | 1 Louis Vuitton YG, WG, RG, diamonds brooch. |

IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish for at least thirty days on the government website www.forfeiture.gov a notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the property must file a petition with the Court and serve a copy on government counsel within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier;

IT IS FURTHER ORDERED that, the government may conduct discovery, in order to identify, locate, or dispose of property subject to forfeiture, in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure;

IT IS FURTHER ORDERED that the Court will retain jurisdiction to enforce the Preliminary Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

IT IS SO ORDERED this 24th day of May 2022.

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge