**Law Office of
Edward M. Robinson**
Edward M. Robinson
Bar No. 126244
21515 Hawthorne Boulevard
Suite 665
Torrance, CA 90503
Tel: (310) 316-9333
Fax: (800) 285-1692
email: eroblaw@gmail.com

Attorney for Defendant **SHELBEE SZETO**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br><br>　　　　　Defendant.<br>SHELBEE SZETO | CASE NO.: 22-CR-00059-HSG<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING (as modified) |

  Sentencing is currently set for July 20, 2022 at 2:00 p.m.. Counsel for defendant Shelbee Szeto and counsel for the United States, jointly stipulate and request that the sentencing date currently set be moved to August 10th, or to a date convenient with the Court. This request is based on counsel for Ms. Szeto being engaged in a jury trial in the central district of California in the case of the United States vs. Schlotterbeck 19-CR-00343-GW.

\\
\\

1

The undersigned counsel for Ms. Szeto certifies that he has obtained approval from counsel for the United States to file this stipulation, request and proposed order.

IT IS SO STIPULATED

DATED: June 22, 2022

*Edward M. Robinson /S/*
Edward M. Robinson
Attorney for Defendant
SHELBEE SZETO

DATED: June 22, 2022

*Molly Priedeman /S/*
Molly K. Priedeman
Assistant United States Attorney

**ORDER**

The Court continues the sentencing date to August 10, 2022 at 10:00 a.m.

IT IS SO ORDERED

DATED: 6/23/2022

_____
THE HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge