**EDWARD M. ROBINSON (CA Bar 126244)**
21515 Hawthorne Blvd, Suite 730
Torrance, CA 90503
Office: (310) 316-9333
Facsimile: (310) 316-6442
eroblaw@gmail.com

Attorneys for Defendant
*Shelbee Szeto*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHELBEE SZETO,<br><br>Defendant. | Case No. 22-cr-00059-HSG<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING DATE**<br><br>DATE: August 10, 2022<br>TIME: 10:00 AM<br>Courtroom of the<br>Honorable Haywood S. Gilliam, Jr. |

1

Sentencing is currently set for August 10, 2022 at 10:00 AM. Counsel for defendant Shelbee Szeto and counsel for the United States, jointly stipulate and request that the sentencing date currently set be moved to August 17th, or to a date convenient with the Court. This request is based on counsel for Ms. Szeto having had a death in the family and funeral services conflicting with the August 10, 2022 date.

The undersigned counsel for Ms. Szeto certifies that he has obtained approval from counsel for the United States to file this stipulation, request and proposed order.

IT IS SO STIPULATED.

DATED: August 1, 2022          By  /s/ Edward M. Robinson
                                    Edward M. Robinson
                                    Rachael A. Robinson

                                    Attorneys for Defendant
                                    Shelbee Szeto

DATED: August 1, 2022          By  /s/ Molly Priedeman
                                    Molly K. Priedeman

                                    Assistant United States Attorney

# [PROPOSED] ORDER

The Court continues the sentencing date to August 17, 2022 at 2:00 p.m.

IT IS SO ORDERED.

Dated: _____         _____
                                    THE HONORABLE HAYWOOD S. GILLIAM, JR.
                                    United States District Judge