# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

| **Date:** August 17, 2022 | **Time:** 2:46 – 3:28 p.m. (42 Minutes) | **Judge:** HAYWOOD S. GILLIAM, JR. |
|---|---|---|
| **Case No.:** 4:22-cr-00059-HSG | **Case Name:** USA v. Szeto | |

**Defendant:** Shelbee Szeto **(Present)**
**Attorney for Plaintiff:** Molly Priedeman
**Attorney for Defendant:** Edward and Rachel Robinson
**Probation Officer:** Melissa Moy

| **Deputy Clerk:** Nikki D. Riley | **Court Reporter:** Pamela Batalo-Hebel |
|---|---|

## PROCEEDINGS:  SENTENCING-Held

**Notes:** The Court sentences the defendant to: 36 months BOP (consisting of 36 months on each of counts one through five, all counts to be served concurrently); 3 years of supervised release (consisting of 3 years on each of counts one through four and 1 year on count five, all counts to run concurrently) under the usual terms and conditions and the special conditions; fine is waived; $500.00 special assessment; and restitution in the amount of $6,090,107.87 (consisting of $4,870,768.87 to HP Inc. and $1,219,399.00 to IRS).  See the J&C for additional details.  The Defendant is ordered to self-surrender on November 1, 2022 on or before 2:00 p.m. to the federal institution designated by the Bureau of Prisons or the Oakland division of the United States Marshal, if no designation is made.