STEPHANIE M. HINDS (CABN 154294)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

CHRIS KALTSAS (NYBN 5460902)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: 415.436.7200
    Fax: 415.436.7432
    Chris.kaltsas2@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SHELBEE SZETO,<br><br>    Defendant. | CASE NO.: CR 22-0059 HSG<br><br>**APPLICATION OF THE UNITED STATES FOR FINAL ORDER OF FORFEITURE; ORDER** |

On May 24, 2022, this Court entered, upon application of the government, a Preliminary Order of Forfeiture forfeiting the following property as to Shelbee Szeto, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States code, Section 2461(c), and the procedures outlined in Rule 32.2 of the Federal Rules and Criminal Procedure:

    1.    Approximately $25,403.06 from the First Republic Bank account 80009721020 held in the name Shelbee Szeto

    2.    2020 Tesla sedan with California license plate ZWYU, VIN: 5YJ3E1EC4LF746836

    3.    2021 Porsche sport utility vehicle with California license plate 33873HS, VIN: WP1AG2A5XMLB50111

    4.    1 Louis Vuitton teddy bear

5. 1 Chanel black plastic purse

6. 1 Louis Vuitton black leather handbag and attached wallet

7. 1 Dior small black saddle bag

8. 1 Dior pink mini lady bag

9. 1 Dior rose micro lady bag

10. 1 Dior blue micro lady bag

11. 1 Gucci beige Soho small leather disco bag

12. 1 Chanel black medium classic flap bag

13. 1 Chanel black medium Diana bag

14. 1 Chanel black Coco handle bag

15. 1 yellow/lime Hermes Kelly bag

16. 1 black Hermes Kelly bag

17. 1 pink Hermes Kelly bag

18. 1 baby blue Hermes Kelly bag

19. 1 teal Chanel classic medium bag

20. 1 blue Chanel classic medium bag

21. 1 light blue Chanel classic medium bag

22. 1 lime Chanel classic medium bag

23. 1 red Chanel classic medium bag

24. 1 lavender Chanel classic medium bag

25. 1 gray Chanel classic medium bag

26. 1 pink Chanel classic medium bag

27. 1 light pink Chanel classic medium bag

28. 1 white Chanel classic medium bag

| | | |
|---|---|---|
| 29. | 1 yellow/lime Chanel classic medium bag |
| 30. | 1 black Chanel classic medium bag |
| 31. | 1 silver Chanel classic small bag |
| 32. | 1 pink Chanel classic small bag |
| 33. | 1 gold Chanel classic small bag |
| 34. | 1 iridescent pink Chanel classic small bag |
| 35. | 1 black Chanel classic small bag |
| 36. | 1 pearl Chanel classic large bag |
| 37. | 1 tan Chanel classic large bag |
| 38. | 1 black Chanel classic large bag |
| 39. | 1 pink Chanel classic bag |
| 40. | 1 beige Chanel classic large bag |
| 41. | 1 light green Chanel classic large bag |
| 42. | 1 teal Chanel classic large bag |
| 43. | 1 white small Hermes Birkin bag |
| 44. | 1 red small Hermes Birkin bag |
| 45. | 1 teal small Hermes Birkin bag |
| 46. | 1 pink small Hermes Birkin bag |
| 47. | 1 light blue large Hermes Birkin bag |
| 48. | 1 black large Hermes Birkin bag |
| 49. | 1 teal crocodile Hermes Birkin bag |
| 50. | 1 green Hermes Birkin bag |
| 51. | 1 pink Hermes Birkin bag |
| 52. | 1 beige Hermes Birkin bag |

| | | |
|---|---|---|
| 53. | 1 pink Hermes Birkin bag |
| 54. | 1 black Hermes Birkin bag |
| 55. | 1 Louis Vuitton backpack-type purse |
| 56. | 1 Bulgari Serpenti Forever charm wallet |
| 57. | 5 Hermes bag charms |
| 58. | 1 pink pearl Chanel purse |
| 59. | 1 silver Chanel purse |
| 60. | 1 red-orange Chanel pursue |
| 61. | 1 black Chanel purse |
| 62. | 1 rainbow Chanel purse |
| 63. | 1 white Chanel small purse |
| 64. | 1 purple Chanel purse |
| 65. | 1 black Chanel purse with black chain strap |
| 66. | 1 black leather and pearl Chanel purse with black leather and chain straps |
| 67. | 1 white pearl Chanel purse with black interior |
| 68. | 1 gray-black sequin Chanel purse |
| 69. | 2 black pearl Chanel purses |
| 70. | 1 Chanel tweed flap bag |
| 71. | 1 Louis Vuitton tote bag with wallet |
| 72. | 1 green crocodile Hermes Birkin bag with pink horse charm |
| 73. | 1 black leather Hermes Birkin bag |
| 74. | 1 silver Chanel clutch purse |
| 75. | 1 purple leather Chanel purse |
| 76. | 1 beige Chanel purse |

| | | |
|---|---|---|
| 77. | 1 silver Chanel purse |
| 78. | 1 rainbow Chanel purse |
| 79. | 1 green crocodile mini Hermes Birkin bag |
| 80. | 1 brown leather mini Hermes Birkin bag |
| 81. | 1 black leather with smile mini Hermes Birkin bag |
| 82. | 2 Dior crocodile small purses – 1 pink, 1 white |
| 83. | 1 black and white Hermes snake purse |
| 84. | 4 assorted Louis Vuitton purses/handbags |
| 85. | 1 Prada black sequin purse |
| 86. | 1 Burberry purse |
| 87. | 1 Louis Vuitton beige fanny pack |
| 88. | 1 Louis Vuitton iridescent plastic purse |
| 89. | 2 coach handbags, 1 green, 1 beige |
| 90. | 5 assorted Louis Vuitton purses/handbags |
| 91. | 1 black and red Louis Vuitton backpack purse |
| 92. | 1 Chole beige purse |
| 93. | 3 Yves Saint Laurent purses – 1 crocodile, 1 white, 1 black |
| 94. | 1 baby blue Bulgari Serpenti purse |
| 95. | 1 Louis Vuitton bum bag purse |
| 96. | 1 Rolex men's watch and box – serial number 6671M645 |
| 97. | 1 Rolex men's watch and box – serial number 135Y2830 |
| 98. | 1 Rolex men's watch and box – serial number 5P2U9359 |
| 99. | 1 Rolex men's watch and box – serial number 1U4132V9 |
| 100. | 1 Audemar Piguet men's watch and box – serial number XG7569R |

| | | |
|---|---|---|
| 101. | 6 silver necklaces with pendants |
| 102. | 6 gold necklaces with pendants |
| 103. | 3 silver bracelets |
| 104. | 6 gold bracelets |
| 105. | 1 silver panther ring |
| 106. | 1 silver flower ring |
| 107. | 1 silver Cartier bracelet |
| 108. | 1 rose gold Cartier bracelet |
| 109. | 1 gold Cartier bracelet |
| 110. | 1 Christian Dior necklace |
| 111. | 1 rose gold necklace |
| 112. | 1 silver necklace |
| 113. | 1 diamond necklace |
| 114. | 2 gold necklaces |
| 115. | 26 pairs of earrings |
| 116. | 2 silver lock pendant |
| 117. | 2 gold lock pendant |
| 118. | 2 single earrings |
| 119. | 8 gold rings |
| 120. | 12 silver rings |
| 121. | 1 pair of butterfly earrings |
| 122. | 1 Chanel stud earring |
| 123. | 1 gold necklace |
| 124. | 1 pearl necklace |

| | | |
|---|---|---|
| 125. | 1 Patek Philippe watch – serial number 7265109 | |
| 126. | 1 Rolex watch – serial number 923J1547 | |
| 127. | 1 Patek Phillipe watch – serial number A381ACP | |
| 128. | 1 Rolex watch – serial number S4Y32171 | |
| 129. | 1 Rolex watch – serial number 6P4R9587 | |
| 130. | 1 Rolex watch – serial number H62020L4 | |
| 131. | 1 Audemars Piguet watch – serial number CJ4604G | |
| 132. | 1 Bulgari watch – serial number SP35GL0201 | |
| 133. | 1 Audemars Piguet watch – serial number K35986 | |
| 134. | 1 Audemars Piguet watch – serial number HT8618J | |
| 135. | 1 Louis Vuitton black cord bracelet | |
| 136. | 2 Cartier silver bracelets | |
| 137. | 1 pair of Bulgari gold and green stud earrings | |
| 138. | 1 pair of silver stud earrings, no known brand | |
| 139. | 1 Cartier rose gold and diamond ring | |
| 140. | 1 pair of diamond stud earrings, with one cross, no known brand | |
| 141. | 1 Cartier Panthere ring with emerald eyes | |
| 142. | 1 Shreve & Co. silver chain necklace | |
| 143. | 1 gold pendant cross necklace | |
| 144. | 1 silver "paper clip" necklace | |
| 145. | 1 Pandora charm bracelet | |
| 146. | 1 strand of 8 Mikimoto pearls | |
| 147. | 1 gold necklace with pendant | |
| 148. | 1 Cartier cheetah pendant necklace | |

APPLICATION OF THE UNITED STATES FOR A FINAL ORDER OF FORFEITURE
CR 22-0059 HSG                             2

| | | |
|---|---|---|
| 149. | 1 Tiffany & co. ball and lock necklace | |
| 150. | 1 Cartier cheetah pendant necklace with tassel | |
| 151. | 1 Louis Vuitton pendant/pin necklace | |
| 152. | 1 Cartier bolo necklace | |
| 153. | 1 Chanel gold necklace | |
| 154. | 1 Chanel silver necklace | |
| 155. | 1 Bulgari diamond necklace | |
| 156. | 1 gold necklace | |
| 157. | 7 necklaces with clover-shaped design | |
| 158. | 2 bracelets with clover-shaped design | |
| 159. | 1 Louis Vuitton bracelet | |
| 160. | 1 Chanel WG, diamonds camelia long transformable necklace | |
| 161. | 1 Louis Vuitton YG, WG, RG, diamonds brooch.   Dkt. 17. | |

The Preliminary Order required the United States to publish notice of the Order. *Id*. Beginning on June 3, 2022, the United States published for 30 days on the government website www.forfeiture.gov a notice of this forfeiture action, the Order, and the government's intent to dispose of the property in accordance with the law. Dkt. 25. The notice advised potential third parties of their right to petition the Court within 30 days for a hearing to adjudicate the validity of their legal interest in the property. *Id*., Attachment 1.

No petitions have been filed.

//
//
//
//
//
//

1  The United States therefore respectfully requests that the Court enter the accompanying proposed
2  Final Order of Forfeiture directing that the property described above be forfeited to the United States,
3  pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States code, Section
4  2461(c), and the procedures outlined in Rule 32.2 of the Federal Rules and Criminal Procedure.

Dated: 10/24/2022                                   Respectfully submitted,

                                                    STEPHANIE M. HINDS
                                                    United States Attorney


                                                    _____/S/_____
                                                    CHRIS KALTSAS
                                                    Assistant United States Attorney

UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: CR 22-0059 HSG |
| Plaintiff, | ) ) | **FINAL ORDER OF FORFEITURE** |
| v. | ) ) | |
| SHELBEE SZETO, | ) ) | |
| Defendant. | ) ) ) | |

On May 24, 2022, this Court entered a Preliminary Order of Forfeiture forfeiting the following property as to Shelbee Szeto, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States code, Section 2461(c), and the procedures outlined in Rule 32.2 of the Federal Rules and Criminal Procedure:

1. Approximately $25,403.06 from the First Republic Bank account 80009721020 held in the name Shelbee Szeto

2. 2020 Tesla sedan with California license plate ZWYU, VIN: 5YJ3E1EC4LF746836

3. 2021 Porsche sport utility vehicle with California license plate 33873HS, VIN: WP1AG2A5XMLB50111

4. 1 Louis Vuitton teddy bear

FINAL ORDER OF FORFEITURE
CR 22-0059 HSG                                                              1

5. 1 Chanel black plastic purse

6. 1 Louis Vuitton black leather handbag and attached wallet

7. 1 Dior small black saddle bag

8. 1 Dior pink mini lady bag

9. 1 Dior rose micro lady bag

10. 1 Dior blue micro lady bag

11. 1 Gucci beige Soho small leather disco bag

12. 1 Chanel black medium classic flap bag

13. 1 Chanel black medium Diana bag

14. 1 Chanel black Coco handle bag

15. 1 yellow/lime Hermes Kelly bag

16. 1 black Hermes Kelly bag

17. 1 pink Hermes Kelly bag

18. 1 baby blue Hermes Kelly bag

19. 1 teal Chanel classic medium bag

20. 1 blue Chanel classic medium bag

21. 1 light blue Chanel classic medium bag

22. 1 lime Chanel classic medium bag

23. 1 red Chanel classic medium bag

24. 1 lavender Chanel classic medium bag

25. 1 gray Chanel classic medium bag

26. 1 pink Chanel classic medium bag

27. 1 light pink Chanel classic medium bag

28. 1 white Chanel classic medium bag

FINAL ORDER OF FORFEITURE
CR 22-0059 HSG                                                                 2

| | | |
|---|---|---|
| 29. | 1 yellow/lime Chanel classic medium bag |
| 30. | 1 black Chanel classic medium bag |
| 31. | 1 silver Chanel classic small bag |
| 32. | 1 pink Chanel classic small bag |
| 33. | 1 gold Chanel classic small bag |
| 34. | 1 iridescent pink Chanel classic small bag |
| 35. | 1 black Chanel classic small bag |
| 36. | 1 pearl Chanel classic large bag |
| 37. | 1 tan Chanel classic large bag |
| 38. | 1 black Chanel classic large bag |
| 39. | 1 pink Chanel classic bag |
| 40. | 1 beige Chanel classic large bag |
| 41. | 1 light green Chanel classic large bag |
| 42. | 1 teal Chanel classic large bag |
| 43. | 1 white small Hermes Birkin bag |
| 44. | 1 red small Hermes Birkin bag |
| 45. | 1 teal small Hermes Birkin bag |
| 46. | 1 pink small Hermes Birkin bag |
| 47. | 1 light blue large Hermes Birkin bag |
| 48. | 1 black large Hermes Birkin bag |
| 49. | 1 teal crocodile Hermes Birkin bag |
| 50. | 1 green Hermes Birkin bag |
| 51. | 1 pink Hermes Birkin bag |
| 52. | 1 beige Hermes Birkin bag |

FINAL ORDER OF FORFEITURE
CR 22-0059 HSG                                                                 3

| | | |
|---|---|---|
| 53. | 1 pink Hermes Birkin bag |
| 54. | 1 black Hermes Birkin bag |
| 55. | 1 Louis Vuitton backpack-type purse |
| 56. | 1 Bulgari Serpenti Forever charm wallet |
| 57. | 5 Hermes bag charms |
| 58. | 1 pink pearl Chanel purse |
| 59. | 1 silver Chanel purse |
| 60. | 1 red-orange Chanel pursue |
| 61. | 1 black Chanel purse |
| 62. | 1 rainbow Chanel purse |
| 63. | 1 white Chanel small purse |
| 64. | 1 purple Chanel purse |
| 65. | 1 black Chanel purse with black chain strap |
| 66. | 1 black leather and pearl Chanel purse with black leather and chain straps |
| 67. | 1 white pearl Chanel purse with black interior |
| 68. | 1 gray-black sequin Chanel purse |
| 69. | 2 black pearl Chanel purses |
| 70. | 1 Chanel tweed flap bag |
| 71. | 1 Louis Vuitton tote bag with wallet |
| 72. | 1 green crocodile Hermes Birkin bag with pink horse charm |
| 73. | 1 black leather Hermes Birkin bag |
| 74. | 1 silver Chanel clutch purse |
| 75. | 1 purple leather Chanel purse |
| 76. | 1 beige Chanel purse |

| | | |
|---|---|---|
| 77. | 1 silver Chanel purse | |
| 78. | 1 rainbow Chanel purse | |
| 79. | 1 green crocodile mini Hermes Birkin bag | |
| 80. | 1 brown leather mini Hermes Birkin bag | |
| 81. | 1 black leather with smile mini Hermes Birkin bag | |
| 82. | 2 Dior crocodile small purses – 1 pink, 1 white | |
| 83. | 1 black and white Hermes snake purse | |
| 84. | 4 assorted Louis Vuitton purses/handbags | |
| 85. | 1 Prada black sequin purse | |
| 86. | 1 Burberry purse | |
| 87. | 1 Louis Vuitton beige fanny pack | |
| 88. | 1 Louis Vuitton iridescent plastic purse | |
| 89. | 2 coach handbags, 1 green, 1 beige | |
| 90. | 5 assorted Louis Vuitton purses/handbags | |
| 91. | 1 black and red Louis Vuitton backpack purse | |
| 92. | 1 Chole beige purse | |
| 93. | 3 Yves Saint Laurent purses – 1 crocodile, 1 white, 1 black | |
| 94. | 1 baby blue Bulgari Serpenti purse | |
| 95. | 1 Louis Vuitton bum bag purse | |
| 96. | 1 Rolex men's watch and box – serial number 6671M645 | |
| 97. | 1 Rolex men's watch and box – serial number 135Y2830 | |
| 98. | 1 Rolex men's watch and box – serial number 5P2U9359 | |
| 99. | 1 Rolex men's watch and box – serial number 1U4132V9 | |
| 100. | 1 Audemar Piguet men's watch and box – serial number XG7569R | |

| | | |
|---|---|---|
| 101. | 6 silver necklaces with pendants |
| 102. | 6 gold necklaces with pendants |
| 103. | 3 silver bracelets |
| 104. | 6 gold bracelets |
| 105. | 1 silver panther ring |
| 106. | 1 silver flower ring |
| 107. | 1 silver Cartier bracelet |
| 108. | 1 rose gold Cartier bracelet |
| 109. | 1 gold Cartier bracelet |
| 110. | 1 Christian Dior necklace |
| 111. | 1 rose gold necklace |
| 112. | 1 silver necklace |
| 113. | 1 diamond necklace |
| 114. | 2 gold necklaces |
| 115. | 26 pairs of earrings |
| 116. | 2 silver lock pendant |
| 117. | 2 gold lock pendant |
| 118. | 2 single earrings |
| 119. | 8 gold rings |
| 120. | 12 silver rings |
| 121. | 1 pair of butterfly earrings |
| 122. | 1 Chanel stud earring |
| 123. | 1 gold necklace |
| 124. | 1 pearl necklace |

FINAL ORDER OF FORFEITURE
CR 22-0059 HSG                                         6

125. 1 Patek Philippe watch – serial number 7265109
126. 1 Rolex watch – serial number 923J1547
127. 1 Patek Phillipe watch – serial number A381ACP
128. 1 Rolex watch – serial number S4Y32171
129. 1 Rolex watch – serial number 6P4R9587
130. 1 Rolex watch – serial number H62020L4
131. 1 Audemars Piguet watch – serial number CJ4604G
132. 1 Bulgari watch – serial number SP35GL0201
133. 1 Audemars Piguet watch – serial number K35986
134. 1 Audemars Piguet watch – serial number HT8618J
135. 1 Louis Vuitton black cord bracelet
136. 2 Cartier silver bracelets
137. 1 pair of Bulgari gold and green stud earrings
138. 1 pair of silver stud earrings, no known brand
139. 1 Cartier rose gold and diamond ring
140. 1 pair of diamond stud earrings, with one cross, no known brand
141. 1 Cartier Panthere ring with emerald eyes
142. 1 Shreve & Co. silver chain necklace
143. 1 gold pendant cross necklace
144. 1 silver "paper clip" necklace
145. 1 Pandora charm bracelet
146. 1 strand of 8 Mikimoto pearls
147. 1 gold necklace with pendant
148. 1 Cartier cheetah pendant necklace

FINAL ORDER OF FORFEITURE
CR 22-0059 HSG                              7

| | | |
|---|---|---|
| 149. | 1 Tiffany & co. ball and lock necklace |
| 150. | 1 Cartier cheetah pendant necklace with tassel |
| 151. | 1 Louis Vuitton pendant/pin necklace |
| 152. | 1 Cartier bolo necklace |
| 153. | 1 Chanel gold necklace |
| 154. | 1 Chanel silver necklace |
| 155. | 1 Bulgari diamond necklace |
| 156. | 1 gold necklace |
| 157. | 7 necklaces with clover-shaped design |
| 158. | 2 bracelets with clover-shaped design |
| 159. | 1 Louis Vuitton bracelet |
| 160. | 1 Chanel WG, diamonds camelia long transformable necklace |
| 161. | 1 Louis Vuitton YG, WG, RG, diamonds brooch |

The United States represents that it has complied with the publication notice requirements of the Preliminary Order and that no petitions claiming the property have been filed.

**THEREFORE, IT IS HEREBY ORDERED** that the above-described property shall be forfeited to the United States pursuant Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States code, Section 2461(c), and the procedures outlined in Rule 32.2 of the Federal Rules and Criminal Procedure, and that all rights, title, and interest in the property is vested in the United States of America.  The appropriate federal agency shall dispose of the forfeited property according to law.

IT IS SO ORDERED this 25th day of October, 2022.

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge